# United States District Court

--------------------------- DISTRICT OF KANSAS---------------------------

**Lynette Mayhew,**
**individually and on behalf of**
**all others similarly situated,**

                **Plaintiff,**

v.   Case No. 18-2365-JWL

**Angmar Medical Holdings, Inc.**
**d/b/a Angels Care Home Health,**

                **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐      Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒      Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      Pursuant to the Memorandum and Order (doc. 156) filed on February 4, 2022, plaintiff Lynette Mayhew shall take nothing on her claims against defendant Angmar Medical Holdings, Inc. d/b/a Angels Care Home Health and this action is dismissed

  02/04/2022                                                              SKYLER B. O'HARA
      Date                                                                  CLERK OF THE DISTRICT COURT

                                                                                  by:  *s/ Sharon Scheurer*
                                                                                          Deputy Clerk